UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILGUENS JOSEPH,<br><br>Petitioner,<br><br>v.<br><br>KRISTI NOEM et al.,<br><br>Respondents. | Civil No. 26-13693-LTS |

JUDGMENT

August 18, 2026

SOROKIN, J.

Pursuant to the Court's Electronic Order dated today, August 18, 2026 (Doc. No. 8), the Petition for Writ of Habeas Corpus is ALLOWED for the reasons and to the extent the Court described.

SO ORDERED.

/s/ Leo T. Sorokin
United States District Judge